FILED

'07 JUL -2 AM 8:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: POV   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMIT FINANCIAL RESOURCES L.P., a Hawaii limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>BIO-HYDRATION RESEARCH LAB, INC., a California corporation, et al.,<br><br>Defendants.<br><br>BIO-HYDRATION RESEARCH LAB, INC., a California corporation,<br>Counter/Cross-Claimaint,<br><br>vs.<br><br>SUMMIT FINANCIAL RESOURCES L.P., a Hawaii limited partnership; and BIG DOG ENTERPRISES; dba FREIGHT HAULING LOGISTICS, a Delaware limited liability company,<br>Counter/Cross-Defendants, | CASE NO. 07 CV 0479 JM(AJB)(bjb)<br><br>**ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL** |

   Plaintiff filed this action on March 15, 2007, alleging various claims for breach of contract. Defendat Bio-Hydration Research Lab, Inc., filed counter and cross-claims on April 11, 2007. Pending before the court is plaintiff's counsel Tiffany Brosnan, Erin A. Denniston, Michael Johnson and the Law Firm of Snell & Wilmer

1   LLP's motion to be relieved as counsel. See Docket No. 29. Plaintiff's co-counsel,
2   Mr. John Beckstead, is leaving Snell and Wilmer LLP and will be transferring the case
3   with him. [Mot. at 2.] Jonathan Zeko of the Law Firm of Grant & Zeko will continue
4   to act as local counsel. [Mot. at 2.] The motion is made at the request of Plaintiff, who
5   was properly served with notice of the motion in conformity with Local Civil Rules
6   7.1(e)(1) and 83.3(g)(3), has filed no response. See Docket No. 29-3 (proof of service).
7   Defendants do not oppose the motion. The motion is hereby **GRANTED**. Plaintiff
8   will continue to be represented by Mr. Beckstead and Mr. Zeko.

10   **IT IS SO ORDERED.**

12   DATED: 6/29, 2007

14   JEFFREY T. MILLER
15   United States District Judge

17   cc:   all parties